IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUOC XUONG LUU,

    Petitioner,                      No. CIV S-08-1744 WBS GGH P

    vs.

IMMIGRATION AND NATURALIZATION
SERVICE (INS), et al.,

    Respondent.                 FINDINGS AND RECOMMENDATIONS

/

        By Order, filed on 10/28/08 (docket # 12), the original petition was dismissed with leave to amend within thirty days, although it appeared to the court that petitioner would be unable to cure the jurisdictional defect of the original. Petitioner has now filed an amended petition but, in doing so, has failed to cure that defect. Therefore, the court must now recommend dismissal of this action.

        Accordingly, IT IS HEREBY RECOMMENDED that, for the reason set forth in the Order, filed on 10/28/08 (docket # 12), the amended petition, filed on 11/18/08 (docket # 13), which fails to cure the jurisdictional defect, be dismissed and this case be closed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections

1  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
2  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3  DATED: December 3, 2008                    /s/ Gregory G. Hollows
4                                             _____
                                               GREGORY G. HOLLOWS
5                                              UNITED STATES MAGISTRATE JUDGE

7  GGH:009
   luu1744.fr

2