IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUOC XUONG LUU,

    Petitioner,               No. CIV S-08-1744 WBS GGH P

    vs.

IMMIGRATION AND NATURALIZATION SERVICE (INS), et al.,

    Respondents.        ORDER

        This petition for writ of habeas corpus was dismissed on January 30, 2009 and judgment entered accordingly. Petitioner's filing, entitled ex parte motion for release of custody, filed on July 17, 2009, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: July 29, 2009

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:mp
luu1744.158